UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand and fifteen,

_____

| | |
|---|---|
| United States of America, | ORDER |
| Appellee, | Docket Number: 15-2663 |
| v. | |
| Robert Shapiro, AKA Robert Weldon, AKA Robert Krimins, AKA Ted Ely, AKA Bob Cremins, AKA Robert Gurian, AKA William Thomas Stovers, AKA Robert Bullis, AKA James Nally, | |
| Defendant - Appellant. | |

_____

A notice of appeal was filed on August 20, 2015. Appellant's Form B was due. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 22, 2015 if the Form B is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

